IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES P. WILLIAMS,

      Plaintiff,

v.                                                                          CASE NO. 1:06-cv-00175-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 11, Report and Recommendation of the

Magistrate Judge, recommending that the Commissioner of Social Security's decision denying

Plaintiff's applications for supplemental security income benefits filed under Title XVI of the

Social Security Act, be affirmed.  The Magistrate Judge filed the Report and Recommendation

on Wednesday, February 6, 2008.  The parties have been furnished a copy of the Report and

have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code,

Section 636(b)(1), this Court must make a *de novo* review of those portions to which an

objection has been made.  In this instance, however, no objections were made.

      After a hearing on November 15, 2002, the Administrative Law Judge ("ALJ") found that

although Plaintiff's spine disorder and an affective disorder were severe impairments, they were

not severe enough to meet the listings.  Relying on a vocational expert who testified that Plaintiff

could perform a number of jobs in the national economy, the ALJ concluded that Plaintiff was

not disabled under the Social Security Act.  Under 42 U.S.C. § 405(g), the Commissioner's

decision must be affirmed if it is supported by substantial evidence and the correct legal

standards have been applied.  Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).

Plaintiff argues that the ALJ improperly discredited his subjective complaints of pain, and therefore the decision is not supported by substantial evidence.  The Court agrees with the Magistrate that the ALJ clearly articulated the reasons for the credibility finding with substantial supporting evidence in the record.  The expert testimony and medical evidence–as well as Plaintiff's testimony that he hunted and fished several times a week–provided the ALJ with ample evidence to conclude that Plaintiff did not have a back condition that would completely disable him.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and incorporated by reference in this order.

2.      The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this __*6th*__ day of March, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge